IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DUANE RONALD BELANUS,<br><br>Petitioner,<br><br>vs.<br><br>LEROY KIRKEGARD; TIM FOX, ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents. | Cause No. CV 16-104-H-DLC-JTJ<br><br>ORDER |

On November 18, 2016, Duane Ronald Belanus filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). Subsequently, a stay was imposed to allow Belanus to exhaust his state court remedies. (Doc. 7).

The Court is in receipt of Belanus' status report. (Doc. 12). On or before **July 14, 2017**, Belanus shall file an updated status report to keep the Court appraised of any developments in his state court proceedings.

<u>Belanus must immediately notify the Court of any change in his mailing address</u> by filing a "Notice of Change of Address." Failure to do so may result in dismissal of this case without notice to him.

1

DATED this 1st day of May 2017.

                                    */s/ John Johnston*
                                    John Johnston
                                    United States Magistrate Judge